UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA SERVED IN:<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.,<br><br>          Plaintiffs<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>          Defendants. | CIVIL ACTION NO. 3:18-mc-00010-RGJ<br><br>[Related to Case No. 2:13-cv-4663 (JS), pending in the Eastern District of Pennsylvania] |

**GLAXOSMITHKLINE LLC'S MOTION TO RULE ON MOTION TO TRANSFER
AND TO STAY TIME TO RESPOND TO MOTIONS TO QUASH**

GlaxoSmithKline LLC ("GSK") states that it does not oppose Rawlings & Associates, PLLC ("Rawlings") and Mark D. Fischer's motion to transfer this action to the Eastern District of Pennsylvania and, accordingly, respectfully requests that the Court rule on that motion to transfer.  In conjunction therewith, GSK requests the Court order that the time for GSK to respond to Rawlings and Fischer's associated motions to quash be stayed until a time is set by the transferee court upon transfer.

A proposed order is tendered herewith.

1

2

Respectfully submitted,

*/s/ Zachary M. VanVactor*

Carol Dan Browning
Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
cbrowning@stites.com
zvanvactor@stites.com
COUNSEL FOR GLAXOSMITHKLINE LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of May 2018 I electronically filed the foregoing with the Clerk of the Court via filing with the Western District of Kentucky's ECF system which will send a notice of electronic filing to all parties of record.

/s/ *Zachary M. VanVactor*
COUNSEL FOR GLAXOSMITHKLINE LLC

3