UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA SERVED IN:<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.,<br><br>Plaintiffs<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendants. | CIVIL ACTION NO. 3:18-mc-00010-RGJ<br><br>[Related to Case No. 2:13-cv-4663 (JS), pending in the Eastern District of Pennsylvania] |

**ORDER**

This matter is before the Court upon the motion of GlaxoSmithKline LLC ("GSK"), which requests the Court rule on Rawlings & Associates, PLLC ("Rawlings") and Mark D. Fischer's consented-to motion to transfer and stay the time for GSK to respond to Rawlings and Fischer's motions to quash

Having considered GSK's motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Rawlings and Fischer's motion to transfer is GRANTED, and this action is TRANSFERRED to the Eastern District of Pennsylvania.

IT IS HEREBY FURTHER ORDERED that GSK's time to respond to Rawlings and Fischer's motions to quash shall be STAYED until a time set by the Eastern District of Pennsylvania upon transfer.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

1

Tendered by:

*/s/ Zachary M. VanVactor*
Carol Dan Browning
Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
cbrowning@stites.com
zvanvactor@stites.com
COUNSEL FOR GLAXOSMITHKLINE LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of May 2018 I electronically filed the foregoing with the Clerk of the Court via filing with the Western District of Kentucky's ECF system which will send a notice of electronic filing to all parties of record.

      /s/ *Zachary M. VanVactor*
      COUNSEL FOR GLAXOSMITHKLINE LLC