UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA SERVED IN:<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 3:18-mc-00010-RGJ<br><br>[Related to Case No. 2:13-cv-4663 (JS), pending in the Eastern District of Pennsylvania] |

**STIPULATION OF DISMISSAL**

Rawlings & Associates, PLLC ("Rawlings"); Mark D. Fischer; and GlaxoSmithKline, LLC by and through their respective counsel, hereby stipulate and agree as follows:

1.　　The parties have reached an agreement regarding the relief sought by Rawlings and Fischer's motions to quash, (DN 1);

2.　　In view of the aforementioned agreement, the parties stipulate and agree that this action is now moot and should be dismissed accordingly.

Having considered the above-referenced parties' stipulation, and being otherwise sufficiently advised;

　　　　IT IS HEREBY ORDERED that this action is DISMISSED.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　Date:　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Tendered by:

*/s/ Zachary M. VanVactor*
Carol Dan Browning
Zachary M. VanVactor
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
cbrowning@stites.com
zvanvactor@stites.com
COUNSEL FOR GLAXOSMITHKLINE LLC

Have seen and agreed:

*/s/ Craig L. Johnson (with permission)*
Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
Telephone: (502)895-2297
johnson@whonsetler.com
COUNSEL FOR MARK D. FISCHER, ESQ.,
AND RAWLINGS & ASSOCIATES, PLLC
PETE PALMER LAW, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of June 2018 I electronically filed the foregoing with the Clerk of the Court via filing with the Western District of Kentucky's ECF system which will send a notice of electronic filing to all parties of record.

                                                     /s/ *Zachary M. VanVactor*
                                                     COUNSEL FOR GLAXOSMITHKLINE, LLC